```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 09912
     GONZALO GONZALEZ JR
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
          Debtor
     SSN XXX-XX-6651


---------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------
     The case was filed on 08/15/2006 and was confirmed 11/30/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

     The case was paid in full 02/17/2009.
---------------------------------------------------------------------
CREDITOR NAME                CLASS           CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                              PAID            PAID
---------------------------------------------------------------------
WASHINGTON MUTUAL            CURRENT MORTG       .00             .00              .00
WASHINGTON MUTUAL            NOTICE ONLY     NOT FILED           .00              .00
CHICAGO MUNICIPAL COURT      UNSECURED       NOT FILED           .00              .00
CHICAGO MUNICIPAL COURT      UNSECURED       NOT FILED           .00              .00
COOK COUNTY REGISTRAR        UNSECURED       NOT FILED           .00              .00
DEPENDON COLLECTION SE       UNSECURED       NOT FILED           .00              .00
MID AMERICA BANK             NOTICE ONLY     NOT FILED           .00              .00
FRIEDMAN & WEXLER            UNSECURED       NOT FILED           .00              .00
CHICAGO TRAUMA CARE          NOTICE ONLY     NOT FILED           .00              .00
HARRIS & HARRIS              UNSECURED       NOT FILED           .00              .00
PEOPLES GAS LIGHT & COKE     NOTICE ONLY     NOT FILED           .00              .00
IL STATE DISBURSEMENT UN     UNSECURED       NOT FILED           .00              .00
PORTFOLIO RECOVERY ASSOC     UNSECURED         253.53            .00           253.53
SBC                          NOTICE ONLY     NOT FILED           .00              .00
PEOPLES GAS LIGHT & COKE     UNSECURED        2260.78            .00          2260.78
FORD MOTOR CREDIT            UNSECURED        4216.91            .00          4216.91
ILLINOIS DEPT OF REVENUE     PRIORITY            .00             .00              .00
ILLINOIS DEPT OF REVENUE     SECURED NOT I       .00             .00              .00
CITY OF CHICAGO PARKING      FILED LATE       1360.00            .00              .00
FISHER & SHAPIRO             NOTICE ONLY     NOT FILED           .00              .00
ILLINOIS DEPT OF REVENUE     UNSECURED        1287.63            .00          1287.63
SCOTT V KELLY                DEBTOR ATTY     1,024.00                         1,024.00
TOM VAUGHN                   TRUSTEE                                            661.89
DEBTOR REFUND                REFUND                                             320.19

     Summary of Receipts and Disbursements:
---------------------------------------------------------------------
                    RECEIPTS           DISBURSEMENTS
---------------------------------------------------------------------
TRUSTEE             10,024.93

PRIORITY                                    .00

              PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 06 B 09912 GONZALO GONZALEZ JR
```

```
SECURED                                                            .00
UNSECURED                                                     8,018.85
ADMINISTRATIVE                                                1,024.00
TRUSTEE COMPENSATION                                            661.89
DEBTOR REFUND                                                   320.19
                                   ---------------    ---------------
TOTALS                                   10,024.93          10,024.93
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                  /s/ Tom Vaughn
     Dated: 03/26/09             _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE
```

                        PAGE   2
     CASE NO. 06 B 09912 GONZALO GONZALEZ JR